UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



**FILED**

OCT 3 1 2008

**CLERK, US DISTRICT COURT, WDNY**

UNITED STATES OF AMERICA,

**Hon. Hugh B. Scott**

v.

08CR137

**Report
&
Recommendation**

Edgar Robinson,

Defendant.

By Order of Judge William M. Skretny dated September 26, 2008, the above case was

referred to the undersigned, with the consent of the defendant, to take the defendant's plea of

guilty and to conduct an allocation pursuant to Rule 11 of the Federal Rules of Criminal

Procedure for a Report and Recommendation.  The following is my Report and Recommendation

as to the defendant's plea of guilty.

On October 30, 2008, the defendant entered a plea of guilty in this case, as set forth in the

transcript of the plea proceeding, which is incorporated by reference in this written Report and

Recommendation.  In accordance with my findings at the close of the plea proceeding, it is my

Report and Recommendation that the defendant's plea of guilty accords with the requirements of

Rule 11 of the Federal Rules of Criminal Procedure.

It is recommended that your Honor adjudge the defendant guilty of the offense(s) to

1

which the guilty plea was offered.  The time from October 30, 2008 until Judge Skretny rules on

this Report & Recommendation is excluded from the Speedy Trial Act calendar pursuant to 18

U.S.C. §§ 3161(h)(1) and 3161(h)(1)(J).

Pursuant to 28 U.S.C. § 636(b)(1), it is hereby ordered that this Report &

Recommendation be filed with the Clerk of the Court and that the Clerk shall send a copy of the

Report & Recommendation to all parties.

**ANY OBJECTIONS to this Report & Recommendation must be filed with the Clerk**

**of this Court within ten (10) days after receipt of a copy of this Report & Recommendation**

**in accordance with 28 U.S.C. § 636(b)(1), Fed. R. Cr. P. 59(b)(2) and W.D.N.Y. Local**

**Criminal Rule 58.2(a)(3).**

**FAILURE TO FILE OBJECTIONS TO THIS REPORT & RECOMMENDATION**

**WITHIN THE SPECIFIED TIME OR TO REQUEST AN EXTENSION OF SUCH TIME**

**WAIVES THE RIGHT TO APPEAL ANY SUBSEQUENT DISTRICT COURT'S**

**ORDER ADOPTING THE RECOMMENDATIONS CONTAINED HEREIN.**  Thomas v.

Arn, 474 U.S. 140 (1985); F.D.I.C. v. Hillcrest Associates, 66 F.3d 566 (2d Cir. 1995); Wesolak

v. Canadair Ltd., 838 F.2d 55 (2d Cir. 1988).

The District Court on de novo review will ordinarily refuse to consider arguments, case

law and/or evidentiary material which could have been, but was not, presented to the Magistrate

Judge in the first instance.  See Patterson-Leitch Co. Inc. v. Massachusetts Municipal Wholesale

Electric Co., 840 F.2d 985 (1st Cir. 1988).

Finally, the parties are reminded that, pursuant to W.D.N.Y. Local Criminal Rule

58.2(a)(3), "written objections shall specifically identify the portions of the proposed findings

and recommendations to which objection is made and the basis for such objection and shall be supported by legal authority." **Failure to comply with the provisions of Rule 58.2(a)(3) may result in the District Court's refusal to consider the objection.**

So Ordered.


/s/ *Hugh B. Scott*
United States Magistrate Judge
Western District of New York

Buffalo, New York
October 31, 2008

3